**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| EDEN FOODS, INC.        )<br>                                          )<br>    Plaintiff,                      )<br>                                          )<br>vs.                                   )<br>                                          )<br>CELTIC OCEAN                )<br>INTERNATIONAL, INC.   )<br>                                          )<br>    Defendant.                 )<br>_____ ) | CIVIL ACTION NO. 06-cv-14872<br><br>HON. J. COOK, JR.<br>MAGISTRATE JUDGE W. CAPEL, JR. |

**STIPULATION TO EXTENSION OF ALL DATES WITH PROPOSED ORDER**

The parties to this action, by and through their undersigned attorneys, hereby agree and stipulate to adjourn the dates set by the Court in its scheduling order dated June 5, 2007 for an additional forty-five days.

An extension of time is necessary for the parties to complete discovery due to witness scheduling conflicts, and such discovery is significant and substantive enough that an extension of discovery alone will not suffice.

A proposed order is attached as **Exhibit A** and also submitted to the Court pursuant to Rule 11 of the Eastern District of Michigan's Electronic Filing Policies and Procedures.

Respectfully submitted,

| | |
|---|---|
| By: __s/ Cara J. Edwards Heflin_____<br>Dykema Gossett PLLC<br>James M. Cameron, Jr. (P29240)<br>Cara J. Edwards Heflin (P61946)<br>2723 South State Street, Suite 400<br>Ann Arbor, Michigan  48104<br>Phone (734) 214-7666<br>cheflin@dykema.com<br>Attorneys for Plaintiff | By: _s/ with consent of W. Mack Faison<br>W. Mack Faison (P13274)<br>Nicole S. Kaseta (P63195)<br>Miller Canfield, Paddock<br>and Stone, PLC<br>150 West Jefferson,<br>Suite 2500<br>Detroit, Michigan  48226<br>Phone (313) 963-6420<br>faison@millercanfield.com<br>Attorneys for Defendant/<br>Counterclaimant |

Dated:  October 24, 2007

| | |
|---|---|
| Of Counsel for Plaintiff:<br>J. Timothy Hobbs<br>Christopher Kelly<br>Jennifer L. Elgin<br>**Wiley Rein LLP**<br>1776 K Street N.W.<br>Washington, DC 20006<br>Phone (202) 719-7000 | Of Counsel for Defendant:<br>Theodore H. Davis, Jr.<br>Louise T. Rains<br>Sheila Garber<br>**Kilpatrick Stockton LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia  30309-4530<br>Phone (404) 815-6500 |

<u>CERTIFICATE OF SERVICE</u>

Cara J. Edwards Heflin, being first duly sworn, deposes and states that on October 24, 2007, my assistant electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

W. Mack Faison.

A copy will also be sent via U.S. Mail to:

> Theodore H. Davis Jr.
> Louise T. Rains
> Sheila Garber
> Kilpatrick Stockton LLP
> Suite 2800
> 1100 Peachtree Street
> Atlanta, Georgia 30309-4530

>    s/Cara J. Edwards Heflin
> James M. Cameron, Jr. (P29240)
> Cara J. Edwards Heflin (P61946)
> Dykema Gossett PLLC
> 2723 South State Street, Suite 400
> Ann Arbor, MI 48104
> Phone (734) 214-7666
> cheflin@dykema.com