**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| EDEN FOODS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-cv-14872 |
| vs. | ) | |
| | ) | |
| CELTIC OCEAN | ) | HON. J. COOK, JR. |
| INTERNATIONAL, INC. | ) | MAGISTRATE JUDGE W. CAPEL, JR. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Stipulation of the parties as reflected by the signatures of their counsel below, and the Court having been advised by the parties that they have executed a Settlement Agreement resolving all claims and counterclaims in this litigation;

IT IS HEREBY ORDERED, consistent with the terms of the Settlement Agreement and the parties' Stipulation below, that this case shall be dismissed with prejudice and without costs or attorneys fees to either party upon entry of this Order.

STIPULATION APPEARS ON THE FOLLOWING PAGE

1

**SO STIPULATED**

By:   s/ Cara J. Edwards Heflin                  By:   s/ with consent of Nicole S. Kaseta
      Dykema Gossett PLLC                             Miller Canfield, Paddock
      James M. Cameron, Jr. (P29240)            and Stone, PLC
      Cara J. Edwards Heflin (P61946)            W. Mack Faison (P13274)
      2723 South State Street, Suite 400          Nicole S. Kaseta (P63195)
      Ann Arbor, Michigan 48104                  150 West Jefferson,
      Phone (734) 214-7666                              Suite 2500
      cheflin@dykema.com                              Detroit, Michigan 48226
      Attorneys for Plaintiff                               Phone (313) 963-6420
                                                                                             faison@millercanfield.com
                                                                                              Kaseta@MillerCanfield.com
                                                                                              Attorneys for Defendant

Of Counsel for Plaintiff:                         Of Counsel for Defendant:
J. Timothy Hobbs                                   Theodore H. Davis, Jr.
Christopher Kelly                                   Louise T. Rains
Jennifer L. Elgin                                     Sheila Garber
**Wiley Rein LLP**                                     **Kilpatrick Stockton LLP**
1776 K Street N.W.                                 1100 Peachtree Street, Suite 2800
Washington, DC 20006                          Atlanta, Georgia 30309-4530
Phone (202) 719-7000                           Phone (404) 815-6500

                                                                    SO ORDERED:

                                                                    s/ Julian Abele Cook, Jr.
                                                                     HONORABLE JULIAN ABELE COOK, JR.
                                                                    UNITED STATES DISTRICT JUDGE

Dated: February 15, 2008
        Detroit, Michigan

**CERTIFICATE OF SERVICE**

I, Cara J. Edwards Heflin, hereby certify that on February 5, 2008, my assistant electronically filed the foregoing paper with the Clerk of the Court using the ECF system. Copies will be sent via U.S. Mail to Counsel of Record W. Mack Faison, and Nicole S. Kaseta, and also to:

>Theodore H. Davis Jr.
>Louise T. Rains
>Sheila Garber
>Kilpatrick Stockton LLP
>Suite 2800
>1100 Peachtree Street
>Atlanta, Georgia 30309-4530

>\_\_s/Cara J. Edwards Heflin_____
>James M. Cameron, Jr. (P29240)
>Cara J. Edwards Heflin (P61946)
>Dykema Gossett PLLC
>2723 South State Street, Suite 400
>Ann Arbor, MI 48104
>Phone (734) 214-7666
>cheflin@dykema.com